# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LUKE STICKLEY**  PLAINTIFF
*ADC #140636*

v.  CASE NO. 3:24-CV-00204-BSM

**BRIAN MILES,** *et al.*  DEFENDANTS

## ORDER

Luke Stickley has initiated this *pro se* complaint without paying the filing fee or petitioning to proceed *in forma pauperis*. If Stickley would like to proceed with this lawsuit, he must either pay the $405 filing fee or submit an application to proceed without prepaying fees or costs within thirty days, or his case will be dismissed without prejudice. *See* Local Rule 5.5(c)(2).

Additionally, Stickley is directed to amend his complaint. Doc. No. 1. Because the complaint is written in the first person and signed by separate plaintiff Aaron Jones, it is confusing as to who is bringing the claims. *See id.* at 5. If Stickley wants to proceed with this lawsuit, he must amend his complaint within thirty days of this order explaining solely how the named defendants violated only his constitutional rights. Failure to timely amend his complaint will result in the dismissal of this lawsuit.

The clerk is directed to send Stickley an application to proceed *in forma pauperis*, including a calculation sheet, a blank section 1983 form, and a copy of this order.

IT IS SO ORDERED this 14th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE