IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LUKE STICKLEY**                                                                    **PLAINTIFF**
*ADC #140636*

v.                          **CASE NO. 3:24-CV-00204-BSM**

**BRIAN MILES,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE